# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN CLAUDE COATS, II,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LOS ANGELES POLICE<br>DEPARTMENT,<br><br>　　　　　Defendant. | Case No. CV 18-10135-DSF (JPR)<br><br>**J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 2/27/2019

　　　　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE